| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| EDWARD M. WOLKOWITZ (State Bar No. 68298)<br>RICHARD P. STEELMAN, JR. (State Bar No. 266449)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: EMW@LNBYB.COM; RPS@LNBYB.COM; JSK@LNBYB.COM<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiff, Nancy J. Zamora, Chapter 7 Trustee | **FILED & ENTERED**<br><br>**JUN 11 2021**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** egonzale **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION**

| In re:<br><br>GREEN NATION DIRECT CORPORATION, Substantively Consolidated with, N.R.G. Investment Group<br><br>                                                         Debtor(s)<br><br>NANCY J. ZAMORA, CHAPTER 7 TRUSTEE<br><br>                                                         Plaintiff(s)<br>vs.<br><br>MANUEL RODRIGUEZ,<br><br>                                                         Defendant(s) | CASE NO.: 1:18-bk-12698-MT<br>CHAPTER: 7<br>ADVERSARY NO.: 1:20-ap-01095-MT<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>Hearing:<br>Date:   June 9, 2021<br>Time:   11:00 a.m.<br>Place:  Originating from Courtroom 302<br>21041 Burbank Boulevard, Woodland Hills, CA 91367[1] |

Based on the Defendant's failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Nancy J. Zamora, Chapter 7 Trustee of the bankruptcy estate of Green Nation Direct Corporation (the "Trustee") and against Defendant (*specify name*): Manuel Rodriguez ("Defendant").

2. a.  ☒  Plaintiff is awarded damages in the following amount:            $18,900
   b.  ☐  Plaintiff is awarded costs in the following amount:               $_____
   c.  ☐  Plaintiff is awarded attorney fees in the following amount:       $

---

[1] More information on using ZoomGov to participate in this hearing is available on the Court's website at the following web address: https://www.cacb.uscourts.gov/news/zoom-video-hearing-guide-participants.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*      Page 1      **F 7055-1.2.DEFAULT.JMT**

    d. ☐ **Plaintiff is awarded interest at the rate of** _____**% per year from the following date to the date of entry of this judgment** (*specify date from which interest shall begin to run*): _____

    e. ☒ **Plaintiff is granted the following relief** (*specify*):
The Trustee shall have judgment against Defendant in the sum of $18,900.

        ☐ See attached page

3. ☐ **This judgment or claim is determined to be non-dischargeable under:**    ☐ Bankruptcy Code §523(a) _____
    ☐ Other (*specify*):

4. ☐ **The court further orders:**

    ☐ See attached page

                                          ###

Date: June 11, 2021

*Maureen A. Tighe*
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    **F 7055-1.2.DEFAULT.JMT**